COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

# ORDER

Cause No    01-11-00703-CV; *In the Interest of D.J.W., A Child*

On appeal from the 313th District Court of Harris County, Texas, trial court case number 2010-04338J

On August 31, 2012, appellant, N.W., filed a motion for rehearing and a motion for reconsideration en banc from this Court's August 16, 2012 opinion. The Court requests a response.    It is **ordered** that the appellee's response is **due Tuesday, September 18, 2012**.

It is so ORDERED.

Judge's signature:    /s/ Michael Massengale
                      Acting individually

Date:   September 4, 2012